# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

135005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MOORE & CARTER LUMBER REAL
ESTATE COMPANY,
        Plaintiff-Appellee,

v

ARNO HASSLER AND VIRGINIA HASSLER,
        Defendants-Appellants.

SC: 135005
COA: 267883
Sanilac CC: 04-030125-CK

_____/

On order of the Court, the application for leave to appeal the August 30, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

s1119